# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                   Case No. 3:17-MJ-72-MGG

**ROBERT DONALD GORDON**                               2:17-mj-30443 USDC ED of Mich

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 32.1 HEARING.

**Robert Donald Gordon** having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 32.1

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **Robert Donald Gordon** is the person named in the Warrant, a copy of which has been produced.

No preliminary examination or detention hearing has been held because the defendant elects to have the preliminary examination and the detention hearing in the district in which the prosecution is pending, after he has had counsel appointed to represent and assist him in those proceedings.

It is, therefore,

**ORDERED** that **Robert Donald Gordon** be held to answer in the Eastern District of Michigan, the court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in South Bend, Indiana on September 5, 2017.

                                                        s/Michael G. Gotsch, Sr.
                                                        Michel G. Gotsch, Sr.
                                                        United States Magistrate Judge